# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139698

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                          SC: 139698
                                          COA: 292994

LEON DOUGLAS,
       Defendant-Appellant.
                                          Oakland CC: 1973-017115-FX

_____/

On order of the Court, the application for leave to appeal the August 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

s0222

_____
Clerk